

| | William M. Jay | Goodwin Procter LLP |
| --- | --- | --- |
| | +1 202 346 4190 | 1900 N Street, NW |
| | WJay@goodwinlaw.com | Washington, DC 20036 |
| | | goodwinlaw.com |
| | | +1 202 346 4000 |

July 11, 2024

<u>VIA ECF</u>

Hon. Maureen W. Gornik
Acting Clerk of Court
United States Court of Appeals for the Eighth Circuit
111 South 10th Street
Room 24.329
St. Louis, MO 63102

**Re: No. 24-1019,** *Association for Accessible Medicines v. Ellison*

Dear Ms. Gornik:

Pursuant to the Court's Order of May 7, 2024, I write to notify the Court that I expect to be presenting oral argument in the U.S. Court of Appeals for the Fourth Circuit for an appeal tentatively scheduled for oral argument during that court's September 24-27 argument session. (That court has not yet set a specific argument date—it generally does so about six weeks before the argument session—but the opportunity to identify conflicts with that argument week has passed.) Accordingly, I respectfully request that this Court not schedule oral argument in the above-referenced appeal during the week of September 23-27.

Respectfully yours,

*/s/ William M. Jay*
William M. Jay

cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 11, 2024

/s/ *William M. Jay*
William M. Jay