# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1019

Association for Accessible Medicines

Plaintiff - Appellee

v.

Keith M. Ellison, in his official capacity as Attorney General of the State of Minnesota

Defendant - Appellant

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-02024-PJS)

**JUDGMENT**

Before COLLOTON, Chief Judge, GRUENDER, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 12, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler